JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ALFRED ERIC CARAFFA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>RYAN THORNELL, et al,<br><br>　　　　　Respondent. | Case No. 2:24-cv-01883-JFW (DTB)<br><br>**J U D G M E N T** |

　　　Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: January 21, 2025

　　　　　　　　　　　　　　　　JOHN F. WALTER
　　　　　　　　　　　　　　　　United States District Judge

1