UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALFRED ERIC CARAFFA,<br>Petitioner,<br>v.<br>RYAN THORNELL, et al,<br>Respondent. | Case No. 2:24-cv-01883-JFW (DTB)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Petitioner's Motion to Reopen Habeas Action (Docket No. 27) is denied without prejudice.

Dated: August 11, 2026

JOHN F. WALTER
United States District Judge